# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

BRISON KEITH HUMPHREY

vs.

**C-00-087**

SONYA HALSFORD OFFICER CO3
TERESA CHAVARRIA OFFICER CO3
ELSA EVERETT OFFICER CO3
CHERYL LATHAM OFFICER CO3
LIDE BOTELLO OFFICER CO3
HECTOR VASQUEZ OFFICER CO3
LAWRENCE SMITH OFFICER CO3
DARIO SANCHEZ OFFICER CO3
CHARLES BRITT OFFICER CO3
KELLEY PEREZ OFFICER CO3
MICHELLE PEREZ OFFICER CO3
TIMOTHY MITCHELL OFFICER CO3
ERIC JOHNSON OFFICER CO3
JESUS RIVADENEYRA OFFICER CO3
ELMA LONGORIA OFFICER CO3
LISA HASETTE OFFICER CO3
CRISSELDA SALINAS OFFICER CO3
DINO BARRERA OFFICER CO3
BEAU EVANS OFFICER CO3
JASON PIPKIN OFFICER CO3
PRIMITIVO DELEON OFFICER CO3
JUAN BENAVIDES OFFICER CO3
JOHN DE LA GARZA OFFICER CO3
MARK GALVAN OFFICER CO3
RAMON MORENO OFFICER CO3

United States District Court
Southern District of Texas
FILED
FEB 28 2000
MICHAEL N. MILBY CLERK

ANDRES GARZA SERGEANT
JOSE SANCHEZ OFFICER CO3
RACHEL CARDENAS OFFICER CO3
TEDDY BOEHM OFFICER CO3
JAMES BROWN OFFICER CO3
MICHAEL BAILEY OFFICER CO3
DALE GREEN OFFICER CO3
JAMES KRUEGER OFFICER CO3
CARL MOSES OFFICER CO3
LORI WILLIFORD OFFICER CO3
CHRISTI NEAL OFFICER CO3
BENJAMIN WITT OFFICER CO3
DALE BERBERG OFFICER CO3
HECTOR OLIVAREZ OFFICER CO3
OSCAR OLIVAREZ OFFICER CO3
BOBBI TORRES SERGEANT
KELLIE DOSSETT SERGEANT
RENE MALDONADO LIEUTENANT
JESSICA MALDONADO OFFICER CO3
ANN MARIE DELAROSA SERGEANT
CIRILDO PUENTE SERGEANT
AURELIO AMBRIZ LIEUTENANT
ANDRES GALLEGOS SERGEANT
JUAN ORTIZ SERGEANT
ENRIQUE ORTIZ SERGEANT
MARCOS ORTIZ OFFICER CO3
MARCOS PALACIOS SERGEANT
DOMINGO CARRILLO MAJOR
EDWARD ALMEIDA SERGEANT
MITCHELL BRADSHAW CAPTAIN
MATTHEW MITTON CAPTAIN

DAVID BLACKWELL CAPTAIN
ROY GLOVER CAPTAIN
THOMAS ELSHABAZZ LIEUTENANT
SHERMAN KEMP LIEUTENANT
KELVIN MASTERS SERGEANT
LARRY BURSELL SERGEANT
JOHNNY MILES SERGEANT
TAMMY JAURE OFFICER CO3
JANICE LARTY COUNSEL
RICHARD AMBURN SERGEANT
TAMMY BUNTON COUNSEL
LIZA MOLINA OFFICER CO3
JESSE ORTEGA OFFICER CO3
RAFAEL MENCHACA OFFICER CO3
EDUARDO MONTEZ OFFICER CO3
JACOB HOLLIDAY OFFICER CO3
REGINO QUINTERO OFFICER CO3
ROBERT READY SERGEANT
SANDRA LONGORIA OFFICER CO3
JAMES PORTER OFFICER CO3
SABAS ENCINIA LIBRARIAN
LUIS GUTIERREZ OFFICER CO3
GUADALUPE GUTIERREZ OFFICER CO3
DEBORAH SLBACEK OFFICER CO3
BRIAN DALLAS OFFICER CO3
RONALD BALDESCHWILER OFFICER CO3
ROBERT BARRERA OFFICER CO3
JOHN TREVINO OFFICER CO3
JO CLOWERS OFFICER CO3
PEDRO FONSECA OFFICER CO3
MARIA MANZANO OFFICER CO3

ANTHONY MARTINEZ OFFICER CO3
RODOLFO MARTINEZ OFFICER CO3
PRESENTACION MARTINEZ OFFICER CO3
MICHELLE CABRERA OFFICER CO3
RAYMOND ALEMDELEZ LIEUTENANT
ANN K. TOMLIN SERGEANT
KIMBERLY BEAMER LIEUTENANT
JASON COLLIER SERGEANT
MARY ANN GONZALES CLASIFICATION
ROBERT HERNANDEZ OFFICER CO3
JOE MOYA OFFICER CO3
ELOY MUNOZ OFFICER CO3
RICHARD MENDEZ OFFICER CO3
TONYA FRANKLIN SERGEANT
BILLIE SHARP OFFICER CO3
WILLIAM BOOTHE WARDEN
THOMAS PRASIFLA WARDEN SR.
NORRIS JACKSON MAJOR
MIMI CARPENTER NURSE LVN
CELIA ALEMAN MT I
ROSA GOMEZ MT I
DOROTHY RODRIGUEZ NURSE LVN
MARIE ONDREJ NURSE LVN
MAXIMILANO HERRERA DR.
CHARLES BEEKS NURSE RN
DAVID BARTLET P.A
RICHARD WOODCROFT P.A
MARK SHAY SERGEANT
RONALD HARRIS XRAY TECH
TERESA WHEATLY LAB TECH
SANDRA FIGUEROAS MT I

EDIE CHARLES OFFICER CO3
RUBEN ALANIZ OFFICER CO3
SHELIA DELGADO OFFICER CO3
FRANCISCO RODRIGUEZ OFFICER CO3
ARMANDO SANCHEZ OFFICER CO3
RICHARD IMBODEN OFFICER CO3
DARLA JONES OFFICER CO3
JUAN DELEON OFFICER CO3
THOMAS BOUGHNER SERGEANT
LUCY MARTINEZ NURSE LVN
FILIBERTO GONZALES OFFICER CO3
WELD WILKERSON OFFICER CO3
SUSANNE ZAMORA COUNSEL
DARREN WALLACE LIEUTENANT
CYNTHIA GONZALES MI
KEVIN WISEMAN MANAGER
ALICE SMALLEY NURSE LVN
ROSALINDA BOTELLO MI
MELISSA TAMEZ CRT
MICHAEL HUSER SERGEANT
MARIVEL HERNANDEZ OFFICER CO3
MICHAEL ESPARZA OFFICER CO3
PRICILLA MEJIA OFFICER CO3
D. FERNANDEZ CAPTAIN
LORETTA TAMM NURSE LVN
PATRICIA ANN HERRERA NURSE LVN
T. GALVAN MI
P. DEAUDA MI
RELDA EILERS CHARGE NURSE
REFUGIA CAMPOS NURSE LVN

PAGE 6

LEVELL DOSS NURSE L.V.N

MATTHEW ALBRECHT OFFICER CO3

HILDA GARICA OFFICER CO3

LELA HINOJOSA OFFICER CO3

FLOWER OFFICER CO3

GABRIEL D. PACHECO SERGEANT

MARIA CONTRERAS OFFICER CO3

ISAIAH I. HILBURN LIEUTENANT

LEE WAYNE OFFICER CO3

LISA MARIA GONZALES OFFICER CO3

FRANCES GONZALES OFFICER CO3

STEPHANIE PHIPPS OFFICER CO3

MICHAEL PAXTON OFFICER CO3

EDMUNDO HERNANDEZ OFFICER CO3

TROY CRAWFORD NURSE L.V.N

NINA VAUGHAN NURSE L.V.N

LORI SHAW NURSE L.V.N

LUCY CANO CLASSIFICATION

DENISE ODEN OFFICER CO3

JERI BALLARD OFFICER CO3

SHAYLA FRANKE NURSE L.V.N

SANDRA LOPEZ OFFICER CO3

RITA HERNANDEZ OFFICER CO3

LAURA MARTIN OFFICER CO3

CHRIST LAMBERT OFFICER CO3

JOE SALAZAR OFFICER CO3

PAGE 6YA

SAMUEL DELEON OFFICER CO3
AIMEE FREITAS OFFICER CO3
JAVIER SALINAS OFFICER CO3
GABRIEL SALIAS OFFICER CO3
JUDY FARIS PSYCH
FRANK SALINAS OFFICER CO3
J. BARZA OFFICER CO3
HECTOR GARZA OFFICER CO3
OLGA MONTALVO OFFICER CO3
MARIA SALINAS OFFICER CO3
THOMAS DUGALI OFFICER CO3
CARLOS RIOS CAPTAIN
RILEY LOMELI SERGEANT
TONYA FRANKLIN SERGEANT
BEN SANCHEZ OFFICER CO3
MARK DIAZ WARDEN
ORLANDO PEREZ WARDEN
LIZA MOLINA OFFICER CO3
ESEQUIEL RIVAS OFFICER CO3
MANUEL MORIN OFFICER CO3
RICARDO QUIROZ OFFICER CO3
DONALD HUFFMAN OFFICER CO3
ROBERT READY CO3 OFFICER
RICHARD USSERY OFFICER CO3
RUSSELL JOHSE OFFICER CO3
FRANK ROJAS OFFICER CO3
SAMUEL SEGOVIA OFFICER CO3
DOANE GUY OFFICER CO3
ABRAN ROSALEZ OFFICER CO3
LOUNIE ZOMORA OFFICER CO3

Loya III III

EVELYN CASTRO SERGEANT
ORALIA GARCIA LIEUTENANT
WARNER COLLIER SERGEANT
PETRONILO JIMENEZ OFFICER CO2
DANNIE BATES HOSP TECH
CHRISTENSEN SALVEON NURSE LVN
BRENDA MEEKER MAIL ROOM
BRUNA MORALES HOSP TECH
JUAN QUINTERO OFFICER CO3
ROBERT BARRERA OFFICER CO3
RENE BARRERA OFFICER CO3
ANDREW WESSELS SERGEANT
JESUS DELEON OFFICER CO3
ERNESTO DELUNA OFFICER CO3
JENNIE GARZA OFFICER CO3
JULIA LOPEZ OFFICER CO3
A. SALVA OFFICER CO3
GILBERT CERVANTES GRIEVANCE (INVESTIGATOR)
WILLIAM NEWSOM GRIEVANCE (INVESTIGATOR)

EDIE CHARLES OFFICER CO3
RICHARD NOVAK OFFICER CO3
JOE SALAZAR OFFICER CO3
BRENT PARHAM OFFICER CO3
RICKEY DUDLEY OFFICER CO3
PAPLO GARZA OFFICER CO3
FREDDIE CANTU OFFICER CO3
BRIAN VILLARREAL OFFICER CO3
ROBERT VOGES OFFICER CO3
ROBERTO CANALES OFFICER CO3
ILENE SCHOPP OFFICER CO3
JEFFREY WYATT OFFICER CO3
RODNEY YBARRA OFFICER CO3
FRED LIPPARD OFFICER CO3
LAWRENCE BLEW OFFICER CO3
DAVIS HUGHES OFFICER CO3
ALVA ST JOHN OFFICER CO3
BENITO RUBA OFFICER CO3
LUIS GARZA OFFICER CO3
MARK TOGNACCI OFFICER CO3
BERNIE CASTILLO OFFICER CO3
TASHAKA GREEN OFFICER CO2
WELDON HODGE WARDEN
RICHARD MORRIS MAJOR
TRACIE SHIRLEY L.P.O
LORI RODRIGUEZ L.P.O
ABEL DELBON OFFICER CO3
LINDA EILAND OFFICER CO3

Page 7.

## FINAL JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:
Comes now, Brison Keith Humphrey, Pro Se the plaintiff in the above styled and numbered cause and files this his motion for Final Judgment for the civil law suit "1983" 42 U.S.C. "28 1915(D) under (serious) imminent danger" 28 1915 (G).

### STATEMENT (DANGER) OF CLAIMS

March 1, 1998 to the present and going. Complaint filed about the Fourteenth Amendment Rights, Discrimination, framing equal protection (Manfected Device), Eighth Amendment rights cruel and unusual punishment violations of T.D.C.J.-ID Final Judgment, employee's action P.D.22.30 B refusal to cooperate with a official inquiry, (Ruiz). Prison officials (Staffs) are required not to let prisoners convey orders from employees to other prisoners, discipline others with weapons (Shanks) prisoners.

Sonya Hansford, Teresa Chavarria, Elsa Everett, Cheryl Latham, Noe Botello, Hector Vasquez, Lawrence Smith, Dario Sanchez, Charles Britt, Kelley Perez,

PAGE 8.

MICHELLE PEREZ, TIMOTHY MITCHELL, ERIC JOHNSON, JESUS RIVADENEYRA, ELMA LONGORIA, LISA HASETTE, CRISSELDA SALINAS, DINO BARRERA, BRIAN EVANS, JASON PIPKIN, PRIMITIVO DELEON, JUAN BENAVIDES, JOHN DE LA GARZA, MARK GALVIN, RAMON MORENO, JOSE SANCHEZ, ANDRES GARZA, RACHEL CARDENAS, TEDDY BOEHM, JAMES BROWN, MICHAEL BAILEY, DALE GREEN, JAMES KELLEGER, CARL MOSE, LORI WILLEFORD, CHRITI NEAL, BENJAMIN WITT, DALE BEEBER, HECTOR OLIVAREZ, OSCAR OLIVAREZ, BOBBI TORRES, KELLIE DOSSETT, RENE MALDONADO, JESSICA MALDONADO, ANN MARIE DELAROSEA, CIRILDO PUENTE, AURELIO AMBRIZ, ANDRES GALLEGOS, JUAN ORTIZ, ENRIQUE ORTIZ, MARCOS ORTIZ, MARCOS PALACIOS, DOMINGO CARRILLO, EDWARD ALMEIDA, SHERMAN KEMP, KELVIN MASTERS, LARRY BURRELL, JAIRE TAMMY, RICHARD AMBURN, LIZA MOLINA, JESSE ORTEGA, RAFAEL MENCHACA, EDUARDO MONTEZ, REGINO QUINTERO, SANDRA MORENO, JAMES PORTER, SABAS EUGENIA, LUIS GUTIERREZ, BRIAN DALLAS, GUADALUPE GUTIERREZ, DEBORAH SEGREK, RONALD BALDESCHWILER, ROBERT BARRERA, JOHN TREVINO, JO CUNERS,

PAGE 9

PEDRO FONSECA, MARIA MANZANO, ANTHONY MARTINEZ, RODOLFO MARTINEZ, PRESENTATION MARTINEZ, MICHELLE CABRERA, RAYMOND ALEMDEREZ, EDIE CHARLES, RUDEN ALANIZ, SHELIA DELGADO, FRANCISCO RODRIGUEZ, ARMANDO SANCHEZ, RICHARD IMBODEN, DABRA JONES, JUAN DELEON, THOMAS BOUGHNER, FILIBERTO GONZALES, NELD WILKERSON, DARREN WALLACE, MICHAEL HUSER, MARIVEL HERNANDEZ, MICHAEL ESPARZA, PRICILLA MEJIA, RAYMOND ALEMDEREZ, ANN K. TOMLIN, ~~[illegible]~~, JASON COLLIER, ROBERT HERNANADEZ, JOE MOYA, ELOY MUNOZ, RICHARD MENDEZ, TONYA FRANKLIN, WILLIAM BOOTHE, THOMAS PRASIFLA, MARK SHAY, FRANK SALINAS, JAVIER SALINAS, JOE SALAZAR, MARTA SALINAS, CURTST LAMBERT, RITA HERNANDEZ, GABRIEL SALINAS, ALICA CHAVERA, DAVID GENTRY, JERI BALLARD, LEE WAYNE, MICHAEL PAXTON, STEPHANIE PHIPPS, EDMUNDO HERNANDEZ, RUTH WELCH, LISA MARIA GONZALES, DENISE ODEN, BRIAN DALLAS, FRANCES GONZALES, LAURA MARLIN, SANDRA LOPEZ, ~~[illegible]~~, ALIN K. TOMLIN RILEY LEMONS, ~~[illegible]~~

SUSANNE ZAMORA, CYNTHIA GONZALES, ALICE SMALLEY, ROSALINDA BOTELLO, MELISSA TAMEZ, LORETTA TAMM, PATRICIA ANN HERRERA, T. GALVAN, P. DEANDA, RELDA BILES, REFUGIA CAMPOS, LIN VAUGHAN, TROY CRAWFORD, LEWELL DOSS, MATTHEW ALBRECHT, HILDA GARZA, GABRIEL D. PACHECO, LORI SHAW, MARTA CONTRERAS, ISAIAH J. HILBURN, LUCY CANO, WELDON HODGE, RICHARD MORRIS, TRACIE SHIRLEY, TASHAKA GREEN, ABEL DELBOSQ, JACOB HOLLIDAY, LIZA MOLINA, ESEQUIEL RIVAS, MANUEL MARIN, RICARDO QUIROZ, DONALD HUFFMAN, ROBERT READY, RICHARD LISSELY, RUSSELL JOHSE, FRANK RIOJAS, SAMUEL SEGOVIA, DOANE GUY, ABRAN ROSALEZ, CONNIE ZOMORA, EDIE CHARLES, RICHARD NOVAK, JOE SALAZAR, BRENT PARHAM, RICKEY DUDLEY, PAPLO GARZA, FREDDIE CANTU, BRIAN VILLARREAL, ROGELIO CANALES, ROBERT VOGES, ILENE SCHOPP, JEFFREY WYATT, RODNEY YBARRA, FRED LIPPARD, LAWRENCE GLENN, DAVIS HUGHES, ALVA ST JOHN, BENITO PUGA, LUIS BARZA, MARK TOGNACCI, BERNIE CASTILLO, LINDA EILAND, EVELYN CASTRO, ORALIA GARCIA, WARNER COLLIER, DANNIE BATES, CHRISTENSEN SALVACION, PETRONILO JIMENEZ, BRENDA MERKEL,

PAGE 10.1/2. ROBERT BARRERA.

JUAN QUINTERO, RENE BARRERA OLGA MONTALVO, HECTOR GARZA, ERIC SANCHEZ, MITCHELL BRADSHAW, MATTHEW MITTON, DAVID BLACKWELL, KIMBERLY BRAMER, JANICE LARTY, TAMMY BUNTON, ROBERT READY, KIMBERLY BRAMER, ~~[illegible]~~ NORRIS JACKSON, MIMI CARPENTER, CELIA ALEMAN, ROSA GOMEZ, DOROTHY RODRIGUEZ, MARIE ONDREJ, MAXIMILANO HERRERA, CHARLES BEEKS, DAVID BARTLET, RICHARD WOODCRAFT. MARK DIAZ, ORLANDO PEREZ,

MARCH 19. 1998 I (PRISONER) WERE ESCORTED FROM F. POD C SECTION 33 CELL BY OFFICER CO3 PRIMITIVO DELEON (RACIAL DEFENDANT) AND OFFICER CO3 ERIC SANCHEZ.

(RACIAL DEFENDANT) TO F. POD C SECTION SHOWER AND F POD C SECTION 35 CELL DURAN FRANCISCO (PRISONER) WITH A PLEXIGLASS COVERING THE METAL GRILLS ON A STEAL DOOR THAT WAS CUT IN EQUAL HALF FOR (FRANCISCO) STABBING PURPOSE. OFFICER CO3 ERIC SANCHEZ CAME TO THE F. POD C SECTION SHOWER TO ESCORT PRISONER (ME) BACK TO HIS (MY) CELL 33 AND OFFICER CO3 ERIC SANCHEZ STATED TO PRISONER (FRANCISCO) JUST LET ME (SANCHEZ) GET OUT OF THE WAY.

PAGE 15.

Before he (Sanchez) opened the shower door for me (Plaintiff) to walk out in handcuff's heading toward my (Plaintiff) cell 33 and Duran Francisco stabed Plaintiff (me) in the right arm and pulled the weapon (shank) back inside of his (Francisco) cell 35 P.Pod C Section, as I (Plaintiff) continued to my (Plaintiff) cell 33 P.Pod C Section with Officer CO3 Eric Sanchez in back of me (Plaintiff) intimidated as well as Officer CO3 Primitivo Deleon who had the McConnell Unit Roster at my (Plaintiff) P.Pod C Section cell 33.

Officer CO3 Primitivo Deleon and Officer CO3 Eric Sanchez placed me (Plaintiff) in imminent danger 28 U.S.C. 1915(G) of serious body injury or death from the manifested shanking device by not reporting the stabbing (shanking) framing equal protection (discrimination) racial in person.

Page 12.
Then two day later I (Plaintiff) were escort to P.POD C section, one row shower by officer CO3 Eduardo Montez and officer CO3 Salinas and P.POD C section 35 cell Duran Francisco (Prisoner) who stabed me (Plaintiff) two days before was still living in P.POD C section one row 35 cell. Officer CO3 Eduardo Montez came to the P.POD C section shower to escort me (Plaintiff) back to my (Plaintiff) cell 33 and officer CO3 Eduardo Montez stated to Prisoner (Francisco) just let me (Montez) get out of the way. Before he (Montez) opened the shower door for me (Plaintiff) to walk out in handcupp's heading toward my (Plaintiff) cell 33 and Duran Francisco stabed

PAGE NO. 13.

PLAINTIFF (ME) FOR THE SECOND TIME IN THE RIGHT ARM IN TWO DAYS WITH A WEAPON (SHANK) FROM THE SAME CELL 35 P.POD C SECTION AS I (PLAINTIFF) CONTINUED TO WALK TO MY (PLAINTIFF) CELL 33 P.POD C SECTION WITH OFFICER CO3 EDUARDO MONTEZ IN BACK OF ME (PLAINTIFF) STANDING AT THE SHOWER INTIMIDATED AS WELL AS OFFICER CO3 SALINAS WHO HAD THE MC CONNELL UNIT ROSTER AT MY (PLAINTIFF) P.POD C SECTION 33. THEN OFFICER CO3 EDUARDO MONTEZ AND PLAINTIFF (ME) WALK FROM P.POD (WITHOUT A CAMBREA) TO THE INFIRMARY (HOSPITAL) EMERGENCY ROOM ALONG WITH SERGEANT JOHN REDDICK FOR THE 28 U.S.C. 1915(G) IMMINENT DANGER PRISONER (DURAN FRANCISCO) STABBING AND I (PLAINTIFF) WERE TRANSFERED TO BEEVILLE COUNTY COMMUNITY HOSPITAL THAT WAS AUTHORIZED BY P.A (DR) RICHARD WOODCROFT ON THE UNIT TELEPHONE FOR THE APPROPRIATE MEDICAL TREATMENT STABBING DIAGNOSIS. (A.K.A OFFICIALS AND PRISONERS "RIVERA'S AND FIVE'S" A.KA'S).

PAGE 14.

TIME 1620, 1665, TEMP 94 AY, BIP 128/96 122/80
PULSE 65, 65, RESP 18, 18.

DEFENDANTS (OFFICIALS) VIOLATED PRISONER (PLAINTIFF) PRISON RIGHTS (UNCONSTITUTIONAL FOURTEENTH AMENDMENT FRAMING EQUAL PROTECTION (DISCRIMINATION). EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT. ANGUISH. AILMENT.

BYRD V. BRISHKE 466 F.2D 6. (7TH CIR 1972).

STRACHAN V. ASHE 548 F. SUPP 1193 (D. MASS 1982).

HUDSON V. PALMER 468 U.S. 517, 533, 536 (1984).

ANDRADE V. HAUCK 452 F.2D 1071 (1971).

VAUGHN V. TROTTER 516 F. SUPP 886 (M.D 1980).

FARMER V. BRENNAN 114 S.CT 1970 (1994).

HUDSPETH V. FIGGINS 584 F.2D 1345 (1978).

CRUZ V. BETO 405 U.S 319 (1972).

CAREY V. PIPHUS 435 U.S. 247, 98, S.CT 1042 55. L.ED 2D 252 (1978).

ESTELLE V. GAMBLE 429 U.S. 97, 97 S.CT 285 (1976).

BONNER V. DUNAWAY 684 F.2D 422 (6TH CIR 1982).

WHITLEY V. HUNT 158 F.3D 882, 886 (5TH CIR 1998).

# EXHIBITS NOT IMAGED

Case 2:00-cv-00087   Document 1   Filed in TXSD on 02/28/2000   Page 19 of 19