IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF TEXAS
**CORPUS CHRISTI** DIVISION

**BRISON KEITH HUMPHREY #582721**
Plaintiff's name and ID Number

**McCONNELL**
Place of Confinement

v.

**SONYA HANSFORD**

**McCONNELL**
Defendant's name and address

United States District Court
Southern District of Texas
FILED

**FEB 28 2000**

MICHAEL N. MILBY CLERK

CASE NO. **C-00-087**
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **BRISON KEITH HUMPHREY**, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment     Yes☐ No☑
    b. Rent payments, interest or dividends?            Yes☐ No☑
    c. Pensions, annuities or life insurance payments?  Yes☐ No☑
    d. Gifts or inheritances?                           Yes☐ No☑
    e. Family or friends?                               Yes☐ No☑
    f. Any other sources?                               Yes☐ No☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____
    _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?     Yes☐     No☑

    If you answered YES, state the total value of the items owned.

    _____
    _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

§
§
§

BRISON KEITH HUMPHREY

VS.

SONYA HANSFORD



MOTION TO PROCEED IN FORMA PAUPERIS
IMMEDIATE IMMINENT ON GOING
DANGER) DANGER 28 U.S.C. 1915(B)

TO THE HONORABLE JUDGE OF SAID COURT:
COMES NOW, BRISON KEITH HUMPHREY, PRO SE
THE PLAINTIFF IN THE ABOVE STYLED
AND NUMBERED CAUSE AND FILES THIS
HIS MOTION TO PROCEED IN FORMA
PAUPERIS FOR THE CIVIL LAW SUIT § 1983
§ 42 U.S.C. § 28 U.S.C. 1915(B) UNDER (SERIOUS)
IMMINENT DANGER § 28 U.S.C. 1915(B).

ClibPDF - www.fastio.com

November 19, 1999 McConnell Unit Racial (Whites, Mexicans) Prison (Employees) Retaliated (Racial Discriminated) Because of Plaintiff (me) Filing Grievances, Federal Suits and Placed (Putting) Plaintiff (me) in immediate imminent danger about to happen (impending) consisting of (on going danger) another (again) aggravated assault stabbing (spearing) with a manifestly designed (deadly weapon) device by the same personnel (Duran Francisco) (A.K.A Rivera, Fives). Officials placed (put) prisoner (Francisco) in P. Pod B. Section 20 cell (house) in the next cell for the purpose of another aggravated assault as well as threats to place plaintiff (me) in serious (imminent danger) immediate harm injury.

January 5, 2000 a prisoner Mexican Racial (A.K.A Fisher, Rivera, Five) who has been threatening plaintiff (me) on every section on the Pod P. Shot two manifestly designed (shanks) devices for the purpose of a

PLAINTIFF HOPEFULLY PRAYS THAT THE HONORABLE JUDGE OF SAID COURT. GRANT THIS MOTION FOR TO PROCEED IN FORMA PAUPERIS IMMEDIATE IMMINENT (ON GOING DANGER) DANGER 28 U.S.C. 1915(B).

SIGNED 13. DAY OF FEBRUARY. 2000

PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY #582721.

EXECUTED AT MCCONNELL. 3001 SOUTH EMILY DRIVE BEEVILLE TEXAS 78102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON FEBRUARY 13. 2000
PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY #582721
BRISON KEITH HUMPHREY #582721

# Attachment

 

# INSTITUTIONAL DIVISION
# EMERGENCY RECORD

DATE: 3/12/94  UNIT: ML  ER NUMBER: ____

| TIME IN | DR. CALLED | MODE OF TRANSPORTATION | DR. ARRIVED | TIME OUT |
|---|---|---|---|---|
| 1620 | Woodcroft | wheel chair | Called 1645 | 1700 |

NAME (Last, First, Middle): Laurence, Brison  TDCJ-ID #: 58272

PATIENT'S UNIT ASSIGNMENT: ____  DOB: 4/23/60  AGE: ____  SEX: Male  ALLERGIES: NKDA

CONDITION: ___ STABLE   X GUARDED   ___ SERIOUS   ___ CRITICAL

NURSE ASSESSMENT: Stable + S/P an unknown dead... [illegible]

| | | |
|---|---|---|
| TIME | 1620 | 1645 |
| TEMP | 99° Ax | — |
| B/P | 120/86 | 122/80 |
| PULSE | 65 | 65 |
| RESP | 16 | 18 |

NURSE SIGNATURE: _____ RN

HISTORY: ____

EXAMINATION: ____

LAB DATA: ____

DIAGNOSIS/IMPRESSION: ____

TREATMENT/ORDERS: Transfer to SPH Bee County
Short stay first.
T.O. PA Woodcroft / JWinton RN
MDS.? Noted / JWinton RN

DISPOSITION OF PATIENT: Transfer SPH Bee County via van

SIGNATURES: JWinton RN (RN/LVN/PA)     R.D. [illegible] MD (PHYSICIAN)

White (Patient Health Jacket)   Yellow (Unit ER)   Pink (In-Patient Admission)

HSM - 16 (Rev. 6/92)   J04

Name: HUMPHREY, BRISCO
TDCJ No.: 582721
Unit: ML

# CLINIC NOTES
TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**NURSING CHART REVIEW: FOLLOWING INFIRMARY, HOSPITAL, CLINIC REFERRAL**

Medical Record Received from: ☐ TDCJ Hospital/Galveston  ☐ Specialty Clinic
☒ Community Hospital  ☐ Regional Medical Facility  ☐ Psychiatric Inpatient Facility
☐ Specialty Clinic Visit in Community  ☐ Other (specify)

Transported By: ☐ Freeworld Ambulance  ☐ TDCJ Ambulance  ☒ Other  VAN
Medications Received: ☐ Yes ☐ No      Consult on File: ☐ Yes ☐ No
Special Appliances: 1. _____   3. _____
                    2. _____   4. _____

DIAGNOSIS: STAT WOUND R UPPER ARM

Recommended Activity/Referral/Diagnostic Studies/CDC or Special Needs:
1. F/U c MD/PA MONDAY 03-23-98
2.
3.

Recommended Medicines:
1. ANTACID CHEW 2 TAB TID exp 04-06-98   Augmentin 500mg 1 TAB BID X 7 D
2. Cimetidine 400mg 1 TAB BID  by HAZ=PRIL HCL __mg 1 TAB QD exp 08-18-98
3. HYDROCHLOROTHIAZIDE 25 mg 1 TAB QD exp 08-18-98
4. PHENYTOIN NA 100mg 3 cap QD exp 08-18-98
5. CIMETIDINE 400mg 1 TAB BID exp 4-5-98

Recommended PULHES and/or HSM-18 Change: ∅

Recommended Lay-In: ___ Days   Inpatient Admission
Report is illegible; new report requested: ☐ Yes ☒ No

Nurse's Signature: L Stanton RN            Date/Time: 03-21-98  @14:
Doctor's Signature: R Woodroof J PA       Date/Time: 3/25/98 12:30

Please sign each entry with status.

HSN - 1 Back (Rev. 12/93)

010

# SPOHN BEE COUNTY HOSPITAL

NAME _Brison, Humphrey_    E.R. NO. _____    Date _3-21-98_

NOTE: The examination and treatment you have received in the Emergency Department has been rendered on an emerg basis only and is not intended to be an effort to provide complete medical care. Your own physician will receive a copy o records (and test reports if he desires). It is impossible to recognize and treat all elements of injury or illness in a single Emer Department visit. Meanwhile, FOLLOW THE INSTRUCTIONS BELOW as indicated for you.

☒ 1. WOUND AND SUTURE CARE: Keep dressing clean and dry. If the dressing becomes wet or dirty, remove and replace c ing. If wound itself is dirty, wash the wound with soap and water then dry and replace dressing. Leave dressing days. Redness or red streaks, pus, swelling under wound, increased pain and tenderness may mean infection; imm examination is advised.

☐ 2. See your doctor for suture removal and/or dressing change in _____ days.

☐ 3. BURN CARE: Wash the burned area as **directed by the doctor.** Use burn cream as **prescribed by the doctor.** Dre burn with clean, dry dressing as **directed by the doctor.** Protect the dressing from getting wet or damaged. Elevate the b area for 24 hours after the burn occurs and as much as possible until the area heals. Exercise the burned area to prever ness. Notify your doctor if: The burned area appears infected, or if the skin around burn becomes red, the burned area sw numb, or tingles or your temperature goes higher than 101.

☐ 4. SPRAINS, STRAINS, SEVERE CONTUSIONS: During first 24 hours apply ice intermittently in leakproof plastic t affected area. Elevation (pillow) is helpful. Limit or avoid use of affected area (sling/crutches) unless otherwise advisec 24 hours apply heat (compresses or soaks) 2 or 3 times daily.

☐ 5. PRESCRIPTIONS: Have these prescriptions filled by the pharmacy of your choice and take as directed. If you have beer medicine for pain, don't drive or use equipment because administered or prescribed drugs may cause drowsiness c reflexes for several hours.

☐ 6. CASTS - SPLINTS: Pain, change in color, numbness, tightness, or difficulty in moving fingers or toes may require imm examination. A physician should decide when to remove cast or splint. Keep casts/splint dry.

☐ 7. HEAD INJURY: Examination does not reveal evidence of brain injury or dysfunction at this time. However, it is importa the following observation and precautions be maintained to further ensure that no late developing injury escapes detectic at least the first 24 hours, the patient should be kept at home, calm and non-exertive with a relative. The patient should allowed to drive. Within the first 24 hours, the patient should be awakened frequently to determine that he can be arous that the pupils of the eyes become small when a light is shined in them. Contact physician if these conditions occur: Per nausea or vomiting, drowsiness, confused state of mind, disturbance of vision (blurred vision or double vision), loss sciousness, convulsions, dizziness, severe persistent headache, bleeding from the nose or ears, any abnormal be paralysis, loss of balance, loss of control of bowel and/or bladder.

☐ 8. BACK AND NECK INJURIES: Rest on firm bed (board under mattress or mat on the floor). Apply heat (heating pad, war presses, tub bath) 2-3 times daily. If discomfort persists over 72 hours, see your family physician.

☐ 9. EYE INJURY: (especially with foreign bodies). Examination by eye specialist in 1-3 days is advisable.

☐ 10. FEVER: Encourage clear fluids and control with aspirin or aspirin substitute (such as Tylenol, Bufferin, Anacin, etc. Te suggested for children). Use tepid water sponging as advised.

☐ 11. X-RAY: The preliminary or emergency interpretation, if done by a physician who is not a radiologist, will be reviewed in d the hospital radiologist who makes the final interpretation of all X-Rays.

☒ 12. APPOINTMENT: Call tomorrow the following doctor's office for an appointment in _1_ days. Dr. _@ facility_ _____ Office Phone _____

☐ 13. If your symptoms persist or get worse, return to the Emergency Room.

☒ 14. Followup with your doctor if your symptoms persist.

☐ 15. Further Instructions: _____

PATIENT'S CERTIFICATION
I certify that I have read and/or understand the instructions on this page as provided by the physician and I will comply with his orders

_[signature]_ NURSE'S SIGNATURE

_[signature]_ PHYSICIAN'S SIGNATURE

_[signature]_ PATIENT'S SIGNATURE

678-05 1/91—BCRMC

118