PAGE 1.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

BRISON KEITH HUMPHREY

VS.

SONYA HANSFORD

C-00-087

United States District Court
Southern District of Texas
FILED
FEB 28 2000
MICHAEL N. MILBY, CLERK

MOTION FOR INJUNCTION RELIEF
RULE 65(B) FEDERAL, RULE, CIVIL, PROCEDURE.
PERMANENT INJUNCTION IMMEDIATE
(ONGOING DANGER) IMMINENT (IMPENDING)
DANGER.

TO THE HONORABLE JUDGE OF SAID COURT:
COME NOW, BRISON KEITH HUMPHREY, PRO SE
THE PLAINTIFF IN THE ABOVE STYLED AND
NUMBERED CAUSE AND FILES THIS HIS MOTION
FOR INJUNCTION RELIEF RULE 65(B) FEDERAL.
RULE. CIVIL, PROCEDURE, PERMANENT
INJUNCTION IMMEDIATE (ONGOING DANGER)
IMMINENT (IMPENDING) DANGER.

DEMOSTRATIONS. CONSISTENCE ARE.
MARCH 21. 1998 FRANCISCO AGGRAVATED ASSAULT
MANIFESTLY DESIGNED (SPEAR) DEVICE AND
ENGAGING OFFICIALS. WHICH EMPLOYEE'S. PRISONERS
(A.K.A NAME ARE RIVERA. FIVES). THREATENED TO
SHOOT PLAINTIFF (ME) IN THE EYEBALLS.

3.

CAUSING MORE (EMERGENCY) IMMEDIATE (ON GOING DANGER) IMMINENT (IMPENDING) DANGER.

JANUARY 5, 2000 PLAINTIFF (ME) WAS THREATENED BY MC CONNELL UNIT RACIAL MEXICANS PRISONERS (A.K.A RIVERA, RIVES, FISHER) AS WELL AS OFFICIALS MEXICANS, WHITES WHO COLLOBORATED (CONSPIRACY) CAUSING MORE ASSAULTS AND THREATS. IMMEDIATE (ONGOING DANGER) IMMINENT (IMPENDING) DANGER.

GIBBS V. ROMAN 116 F. 3D 83 (3RD CIR 1997).

BYRD V. BRENNAN 114 S.CT 1970 (1994).

VEST V. LUBBOCK COUNTY COMMISSIONER'S COURT 444 F. SUPP 824 (N.D. TEXAS 1977).

NAVARETTE V. ENOMOTO 536 F. 2D 277, 280 (9TH CIR 1976).

HUDSPETH V. FIGGINS 584 F. 2D 1345 (1978).

LUNA V. NORTH STAR DODGE SALES INC 667 SW 2D 115 (TEX 1984).

PLAINTIFF HEREBY PRAYS THAT THE HONORABLE JUDGE OF SAID GRANT THIS MOTION FOR INJUNCTION RELIEF RULE 65 65(B) F.R.C.P PERMANENT INJUNCTION IMMEDIATE (ON GOING DANGER)(EMERGENCY TRANSFERED) IMMINENT (IMPENDING) DANGER.

PAGE 3.

SIGNED THIS 15 DAY OF FEBRUARY 2000

PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY # 582721

EXECUTED AT MC CONNELL, 3001 SOUTH EMILY DRIVE, BEEVILLE 78102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON FEBRUARY 15, 2000

PLAINTIFF SIGNATURE Brison Keith Humphrey # 582721
BRISON KEITH HUMPHREY