IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

BRISON KEITH HUMPHREY §
§
vs. §
§
SONYA HANSFORD

C-00-087

United States District Court
Southern District of Texas
FILED
FEB 28 2000
Michael N. Milby, Clerk

MOTION FOR DEFENDANT HANSFORD'S INITIAL DISCLOSURE PURSUANT TO RULE 26. FEDERAL RULE. CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:
COME NOW, BRISON KEITH HUMPHREY. PRO SE THE PLAINTIFF IN THE ABOVE STYLED AND NUMBERED CAUSE AND FILES THIS HIS MOTION FOR DEFENDANT HANSFORD'S INITIAL DISCLOSURE PURSUANT TO RULE 26 FEDERAL. RULE. CIVIL. PROCEDURE FOR THE CIVIL LAWSUIT § 1983 § 42 U.S.C § 28 U.S.C 1915(D).

II). INITIAL DISCLOSURES

(A). THE NAMES AND, IF KNOWN, THE ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS

IDENTIFYING THE SUBJECTS OF THE INFORMATION.

(B). A COPY OF, OR A DESCRIPTION BY CATEGORY AND LOCATION OF, ALL DOCUMENTS DATA COMPILATIONS, AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY, OR CONTROL OF THE DISCLOSING PARTY THAT ARE RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS.

(C). A COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY, MAKING AVAILABLE FOR INSPECTION AND COPYING AS UNDER RULE 34 THE DOCUMENTS OR OTHER EVIDENTIARY MATERIAL NOT PRIVILEGED OR PROTECTED FROM DISCLOSURE, ON WHICH SUCH COMPUTATION IS BASED, INCLUDING MATERIALS BEARING ON THE NATURE AND EXTENT OF INJURIES SUFFERED.

    DEFENANT'S HAVE ON INFORMATION REGARDING THIS CATEGORY.

(D). FOR INSPECTION AND COPYING AS UNDER RULE 34 ANY INSURANCE AGREEMENT UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY PART OR ALL OF A JUDGMENT WHICH MAY BE ENTERED IN

THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS, MADE TO SATISFY THE JUDGMENT.

(2). DISCLOSURE OF EXPERT TESTIMONY

(A). THE IDENTITY OF ANY PERSON WHO MAY BE USED AT TRIAL TO PRESENT EVIDENCE UNDER RULES 702, 703, OR 705 OF THE FEDERAL RULES OF EVIDENCE.

(3). PRETRIAL DISCLOSURES

(A). THE NAME AND, IF NOT PREVIOUSLY PROVIDED, THE ADDRESS AND TELEPHONE NUMBER OF EACH WITNESS, SEPARATELY IDENTIFYING THOSE WHOM THE PARTY EXPECTS TO PRESENT AND THOSE WHOM THE PARTY MAY CALL IF THE NEED ARISES.

(B) THE DESIGNATION OF THOSE WITNESSES WHOSE TESTIMONY IS EXPECTED TO BE PRESENTED BY MEANS OF A DEPOSITION AND, IF NOT TAKEN STENOGRAPHICALLY, A TRANSCRIPT OF THE PERTINENT PORTIONS OF THE DEPOSITION TESTIMONY.

(C). AN APPROPRIATE IDENTIFICATION OF EACH DOCUMENT OR OTHER EXHIBIT, INCLUDING SUMMARIES OF OTHER EVIDENCE, SEPARATELY IDENTIFYING THOSE WHICH THE PARTY EXPECTS TO OFFER AND THOSE WHICH THE PARTY MAY OFFER IF THE NEED ARISES.

PRISONER RESPECTFULLY PRAYS. THAT THE HONORABLE JUDGE OF SAID COURT GRANT THIS MOTION.

SIGNED THIS 18 DAY OF FEBRUARY. 2000
PLAINTIFF SIGNATURES BRISON KEITH HUMPHREY # 582721

EXECUTED ON MCCONNELL 3001 SOUTH EMILY DRIVE. BEEVILLE TEXAS 78102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON FEBRUARY 18. 2000
PLAINTIFF SIGNATURE Brison Keith Humphrey
BRISON KEITH HUMPHREY # 582721