IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

§
§
§

United States District Court
Southern District of Texas
FILED

FEB 28 2000

MICHAEL N. MILBY CLERK

BRISON KEITH HUMPHREY

VS.

SONYA HANSFORD

C-00-087

MOTION FOR DAMAGES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, BRISON KEITH HUMPHREY. PRO SE THE PLAINTIFF IN THE ABOVE STYLED AND NUMBERED CAUSE AND FILES THIS HIS MOTION FOR DAMAGES FOR THE CIVIL LAW SUIT § 1983 § 42 U.S.C § 1915 (D).

PRISONER (PLAINTIFF) SEEKS DAMAGES FOR FAILURE TO PROTECT, CONDITION OF CONFINEMENT, FAILURE TO PROVIDE CARE, INADEQUATE LIGHTING, COLLOBORATING CONSPIRACY, EXCESSIVE FORCE GASING, CONVEY ORDERS FOR EMPLOYEE'S TO OTHER RACIAL PRISONER, PRISONERS EXERCISE AUTHORITY OVER OTHER PRISONERS, DISCRIMINATION SENSITIVE IMFORMATION ABOVE PRISONERS TO OTHER PRISONERS. TWO MILLION COMPENSATORY AND SEVENTY THOUSAND THOUSAND PUNITIVE DAMAGES.

6.

PLAINTIFF HERE PRAYS THAT THE HONORABLE JUDGE OF SAID COURT GRANT THIS MOTION FOR DAMAGES.

SIGNED THIS 16. DAY OF FEBRUARY. 2000

PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY #582721

EXECUTED AT MC CONNELL. 3001 EMILY DRIVE. BEEVILLE, TEXAS 78102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON FEBRUARY 16. 2000

PLAINTIFF SIGNATURES. Brison Keith Humphrey

BRISON KEITH HUMPHREY #582721

ClibPDF - www.fastio.com

BRISON KEITH HUMPHREY
#582721 MCCONNELL

FEBRUARY 16, 2000

MAGISTRATOR HONORABLE JUDGE
JANE COOPER-HILL
SUBJECT PERJURY, FORGERY

YOUR HONOR, JANE COOPER-HILL THE PLAINTIFF (ME) REASONABLE EXPLANATION TO THE ORDER STRIKING PLEADING (MOTION FOR AFFIDAVIT) (L.R. 3.G) IS I (PLAINTIFF) AM VERY GREATFUL FOR THE DISTRICT JUDGE JANIS GRAHAM JACK (YOUR HONOR) FOR NOT ADDING THE FORGERYED MOTION TO SUPPORT MY (PLAINTIFF) COMPLAINT (CIVIL SUIT). BECAUSE YOUR HONOR (JUDGE) IT WAS A LAY MAN (OFFICIALS, PRISONERS, RIVERA, FIVES) THAT FORGERYED AND PERJURIED IN THE COURT (MOTION FOR AFFIDAVIT) DOCUMENTATION DATED FEBRUARY 10, 2000 SIGNED BY YOUR HONORABLE DISTRICT JUDGE JANIS GRAHAM JACK (D.E 12).

MERITS. CHARGES MAKING FALSE INSTRUMENT: A PERSON COMMITS AN OFFENSE IF HE FORGES A WRITING WITH INTENT TO DEFRAUD OR HARM ANOTHER. FORGERY IS COMMITTED BY ALTERING, MAKING, COMPLETING, EXECUTING OR AUTHENTICATING ANY WRITING SO THAT IT PURPORTS TO BE THE ACT OF ANOTHER WHO DID NOT AUTHORIZE THAT ACT.

ClibPDF - www.fastio.com

RESPECTFULLY SUBMITTED

Brison Keith Humphrey

BRISON KEITH HUMPHREY

#582721 MC CONNELL UNIT

ClibPDF - www.fastio.com