# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 15 2000

Michael N. Milby, Clerk

\#582721
Brison Keith Humphrey §

vs. § CIVIL ACTION NO. CA-C-00-87

Sonya Hansford § §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. The United States Magistrate Judge has the authority to conduct trials by jury, and the parties understand that they are not waiving their rights to a trial by jury by this consent to proceed before the Untied State magistrate Judge. Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636 (c)(3).

SIGNATURE OF PLAINTIFF(S):                SIGNATURE OF DEFENDANT(S):

\#582721
Brison Keith Humphrey                     _____

_____                    _____

_____                    _____

## ORDER OF REFERENCE

It is ordered that this matter is assigned to a United States Magistrate Judge to conduct all further proceedings, including final judgment.

_____                    _____
DATE                                      UNITED STATES DISTRICT JUDGE

7/00

8.