UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 2 2 2000
Michael N. Milby, Clerk of Court

BRISON KEITH HUMPHREY §
§
v. § C. A. NO. C-00-087
§
SONYA HANSFORD, ET AL. §

## ORDER STRIKING PLEADINGS

Plaintiff has filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. No screening under 28 U.S.C. § 1915A has been done; plaintiff is subject to the "three strikes" provision of 28 U.S.C. § 1915(g). Accordingly, plaintiff's Motion for Injunction (D.E. 3), Motion for Initial Disclosure (D.E. 4), and Motion for Damages (D.E. 5) are STRICKEN at this time, without prejudice to re-filing in the event service of process is ordered in this case.

SIGNED this ___21___ day of March 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE