United States District Court
Southern District of Texas
FILED

MAR 24 2000

MICHAEL N. MILBY, CLERK

```
CSIN1B02/CIN1B02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE           03/21/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                    12:54:39
TDCJ#: 00582721 SID#: 03824981 LOCATION: MCCONNELL     INDIGENT DTE: 01/30/97
NAME: HUMPHREY,BRISON KEITH              BEGINNING PERIOD: 09/01/99
PREVIOUS TDCJ NUMBERS: 00486922
CURRENT BAL:          0.00 TOT HOLD AMT:        22.64 3MTH TOT DEP:      0.00
6MTH DEP:             0.00 6MTH AVG BAL:         0.00 6MTH AVG DEP:      0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/00          0.00          0.00        11/99          0.00          0.00
01/00          0.00          0.00        10/99          0.00          0.00
12/99          0.00          0.00        09/99          0.00          0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF Bee
ON THIS THE 21st DAY OF May, 2000 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002

Humphrey vs. Hansford
C-00-087

12