IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

§
§
§

United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk of Court

BRISON KEITH HUMPHREY

VS.                                    C.A.C-0087

SONYA HANSFORD

MOTION FOR INJUNCTIVE RELIEF
RULE 65(B) FEDERAL RULE CIVIL
PROCEDURE.

TO THE HONORABLE JUDGE OF SAID COURT:
COMES NOW, MR. BRISON KEITH HUMPHREY
PRO SE. THE PLAINTIFF IN THE ABOVE
STYLED AND NUMBERED CAUSED AND FILES
THIS HIS MOTION FOR INJUNCTIVE
RELIEF RULE 65(B) FEDERAL RULE CIVIL
PROCEDURE CIVIL LAW SUIT § 1983 § 42 U.S.C
§ 28 U.S.C 1915 (D).

13.

PERMANENT INJUNCTIVE RELIEF DEMONSTRATION,

MARCH 19, 1998 UNREPORTED AND THEN ON THE DATE OF MARCH 21, 1998 IN THE SAME CELL AS WELL AS RACIAL PRISONER (MEXICAN) A.K.A GANG MEMBER (RIVERA, FIVES) AND CORROBORATED (CONSPIRATOR'S) OFFICALS GANG MEMBERS A.K.A (FIVE, RIVERA) SPEARED WITH A MANIFESTLY DESIGNED (SHANKING) DEVICE TWO (2) TIMES.

NOVEMBER 19, 1999 PLAINTIFF (ME) WAS (WERE) PLACED IN ON GOING IMEDIATE IMMINENT DANGER BY WHITES AND MEXICANS OFFICERS OFFICALS AS WELL AS THE SAME RACIAL MEXICAN PRISONER FROM THE SPEARING BEFORE RETALIATING THREATENING TO STABB PLAINTIFF (ME) IN THE EYEBALLS.

JANUARY 5, 2000 THREE RACIAL MEXICANS PRISONERS SHOT SPEARS, THROWED WATER, AS WELL AS URINE AND CORROBORATED (CONSPIRATOR'S) WITH THE OFFICIALS GANG MEMBERS A.K.A (FIVE'S, RIVERER'S, FISHER). VEST V. LUBBOCK COUNTY COMMISSIONER'S COURT. 444 F. SUPP 824 (N.D TEXAS 1977). FARMER V. BRENNAN 114 S.C.T. 1970 (1994).

PLAINTIFF (ME) WITH THE UTMOST RESPECT SUBMITTED THIS DOCUMENTATION FOR THE INJUNCTIVE RELIEFS.

SIGNED THIS 12 DAY OF APRIL 2000
   PLAINTIFF SIGNATURES BRISON KEITH HUMPHREY# 582721

EXECUTED AT MCCONNELL. 3001 SOUTH EMILY DRIVE. BEEVILLE, TEXAS 78102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON APRIL 12 2000
PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY# 582721
Brison Keith Humphrey# 582721