IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

§
§
§
§

BRISON KEITH HUMPHREY

VS.                                C.A.C-0087

SONYA HANSFORD

United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk of Court

MOTION FOR DAMAGES

TO THE HONORABLE JUDGE OF SAID COURT:
COMES NOW, MR. BRISON KEITH HUMPHREY
PRO SE, THE PLAINTIFF IN THE ABOVE
SYTLED AND NUMBERED CAUSED AND FILES
THIS HIS MOTION FOR DAMAGES $1983 $42
U.S.C. $ 28 U.S.C. 1915(D) CIVIL LAW SUIT.

BEFORE ME, THE UNDERSIGNED AUTHORITY
PERSONALLY APPEARED MR. BRISON KEITH
HUMPHREY, PRO SE, WHO, BEING BY ME DULY
SWORN, DEPOSED AS FOLLOWS:

"MY NAME IS MR. BRISON KEITH
HUMPHREY, AND I AM OF SOUND MIND,
CAPABLE OF MAKING THIS MOTION FOR
DAMAGES AND PERSONALLY ACQUAINTED
WITH THE FACTS HERE IN STATES.

14.

PLAINTIFF IS SEEKING TWO HUNDRED THOUSAND THOUSAND COMPENSATORY MONETARY DAMAGE, AND SIXTY HUNDRED THOUSAND THOUSAND PUNITIVE MONETARY DAMAGE.

PLAINTIFF SUBMITTED THIS DOCUMENTATION WITH THE UTMOST RESPECT FOR THE PROPERABLE CAUSE BEYOND A REASONABLE DOUBT.

SIGNED THIS 13 DAY OF APRIL 2000
PLAINTIFF SIGNATURE BRIXON KEITH HUMPHREY # 582721
EXECUTED ON MCCONNELL. 3001 SOUTH EMILY DRIVE BEEVILLE TEXAS 78102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON APRIL 13 2000
PLAINTIFF SIGNATURES BRIXON KEITH HUMPHREY # 582721
Brixon Keith Humphrey # 582721