IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk of Court

BRISON KEITH HUMPHREY

VS.                              C.A.C-00-87

SONYA HANSFORD

MOTION FOR INITIAL DISCLOSURE
RULE 26 FEDERAL RULE CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:
COMES NOW, MR. BRISON KEITH HUMPHREY PRO SE THE PLAINTIFF IN THE ABOVE STYLED AND NUMBERED CAUSED AND FILES THIS HIS MOTION FOR INITIAL DISCLOSURE RULE 26 FEDERAL RULE CIVIL PROCEDURE CIVIL LAW SUIT $1983 $42 U.S.C. $28 U.S.C. 1915(D).

(1). INITIAL DISCLOSURES.

(A). THE NAMES AND, IF KNOWN, THE ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED

15.

FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS, IDENTIFYING THE SUBJECTS OF THE INFORMATION.

(B). A COPY OF, OR A DESCRIPTION BY CATEGORY AND LOCATION OF, ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY, OR CONTROL OF THE DISCLOSING PARTY THAT ARE RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS:

(C). A COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY, MAKING AVAILABLE FOR INSPECTION AND COPYING AS UNDER RULE 34 THE DOCUMENTS OR OTHER EVIDENTIARY MATERIAL, NOT PRIVILEGED OR PROTECTED FROM DISCLOSURE, ON WHICH SUCH COMPUTATION IS BASED, INCLUDING MATERIALS BEARING ON THE NATURE AND EXTENT OF INJURIES SUFFERED.

1). FOR INSPECTION AND COPYING AS UNDER RULE 34 ANY INSURANCE AGREEMENT UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY PART OR ALL OF A JUDGMENT WHICH MAY BE ENTERED IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENT MADE TO SATISFY THE JUDGMENT.

12). DISCLOSURE OF EXPERT TESTIMONY

(A). THE IDENTITY OF ANY PERSON WHO MAY BE USED AT TRIAL TO PRESENT EVIDENCE UNDER RULES 702, 703, OR 705, OF THE FEDERAL RULE OF EVIDENCE';

13). PRE-TRIAL DISCLOSURES

(A). THE NAME AND, IF NOT PREVIOUSLY PROVIDED, THE ADDRESS AND TELEPHONE NUMBER OF EACH WITNESS, SEPARATELY IDENTIFYING THOSE WHOM THE PARTY EXPECTS TO PRESENT AND THOSE WHOM THE PARTY MAY CALL IF THE NEED ARISES';

(B). THE DESIGNATION OF THOSE WITNESSES WHOSE TESTIMONY IS EXPECTED TO BE PRESENTED BY MEANS OF A DEPOSITION AND, IF NOT TAKEN STENOGRAPHICALLY, A TRANSCRIPT OF THE PERTINENT PORTIONS OF THE DEPOSITION TESTIMONY.

(C). AN APPROPRIATE IDENTIFICATION OF EACH DOCUMENT OR OTHER EXHIBIT, INCLUDING SUMMARIES OF OTHER EVIDENCE, SEPARATELY IDENTIFYING THOSE WHICH THE PARTY EXPECTS TO OFFER AND THOSE WHICH THE PARTY MAY OFFER IF THE NEED ARISES.

PLAINTIFF RESPECTFULLY SUBMITTED THIS DOCUMENTATION FOR THE PURPOSE OF JUSTIFYED ACTION.

SIGNED THIS ___ DAY OF APRIL 2000
PLAINTIFF SIGNATURES BRIAN KEITH HUMPHREY #502701
EXECUTED AT MC CONNELL. 3001 SOUTH EMILY DRIVE. BEEVILLE TEXAS 78102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON APRIL 12, 2000

PLAINTIFF SIGNATURE'S BRISON KEITH HUMPHREY #582721

Brison Keith Humphrey #582721