UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
16. APR 2 1 2000
Michael N. Milby
Clerk of Court

Brison Keith Humprhey          §

VS.                            §   CIVIL ACTION NO. C-00-087

Sonya Hansford                 §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Motion for Injunctive Relief"                     ;
however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. ___ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. _x_ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. ___ Other: _____

_____

_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: April 20, 2000
re: D.E. #13/dp

_____
Jane Cooper-Hill
JUDGE PRESIDING