UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

17.

APR 2 1 2000

Michael N. Milby
Clerk of Court

Brison Keith Humphrey                    §

VS.                                       §    CIVIL ACTION NO.  C-00-087

Sonya Hansford                           §


ORDER STRIKING PLEADING (S)


The clerk has filed your  "Initial Disclosures"                                    :

however, it is deficient in the area (s) checked below:

1. ____ Pleading is not signed.  (L.R.2.C)

2. ____ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ____ Caption of the pleading is incomplete (L.R.3.E)

4.  x  No certificate of service, or explanation why service is not required (L.R.3.G)

5. ____ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ____ Separate proposed order not attached (L.R.6.A.3)

7. ____ Motion to consolidate is not in compliance with L.R.6.G

8.  X  Other:  Discovery is premature. This case has
not yet been screened pursuant to
28 U.S.C. § 1915A.

The clerk is hereby ORDERED to strike the above instrument (s) from the record and

notify counsel of such action.


Dated:  April 20, 2000
re: D.E. #13/dp

_____
JUDGE PRESIDING