UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BRISON KEITH HUMPHREY | § |
| | § |
| v. | § C. A. NO. C-00-087 |
| | § |
| SONYA HANSFORD | § |

### ORDER

Plaintiff's Motion for Damages (D.E. 14) will be construed as an amended complaint.

SIGNED this ___20___ day of April 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE