IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 5 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BRISON KEITH HUMPHREY | § | |
| | § | |
| V. | § | C.A. NO. C-00-087 |
| | § | |
| SONYA HANSFORD | § | |

## ORDER OF DISMISSAL

Plaintiff filed an application to proceed *in forma pauperis* (D.E. 2) on February 28, 2000. On March 21, 2000, plaintiff's application was denied (D.E. 10). Since plaintiff has filed three or more actions or appeals that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted,[1] he is prohibited from proceeding *in forma pauperis* by the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), and must submit the filing fee. Plaintiff was therefore ordered to pay the filing fee ($150) within 30 days of the March 21 order. He was advised that failure to comply could result in dismissal of his lawsuit. To date, plaintiff has not submitted the filing fee.

---

[1] While incarcerated, plaintiff has had three proceedings dismissed as frivolous, malicious, or for failure to state a claim in the Southern District of Texas: (1) C.A. 2:98-cv-399 (Corpus Christi Division, Dec. 11, 1998); (2) C.A. 2:98-cv-363 (Corpus Christi Division, April 16, 1999); and (3) C.A. 4:98-cv-4319 (Houston Division, August 5, 1999).

Accordingly, this action is DISMISSED without prejudice for want of prosecution, Fed. R. Civ. P. 41(b), and failure to comply with the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

ORDERED this 24 day of April, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com