IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 5 2000
Michael N. Milby, Clerk of Court

| BRISON KEITH HUMPHREY | § | |
| --- | --- | --- |
| | § | 20. |
| V. | § | C.A. NO. C-00-087 |
| | § | |
| SONYA HANSFORD | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled case is DISMISSED without prejudice. Fed. R. Civ. P. 41(b). 28 U.S.C. § 1915(g).

This is a final judgment.

ORDERED this 24 day of April, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE