IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

§
§
§

BRISON KEITH HUMPHREY

VS.   CA-C-00-87

SOLYA HANSFORD

United States District Court
Southern District of Texas
FILED
APR 28 2000
MICHAEL N. MILBY, CLERK

MOTION FOR DAMAGE

TO THE HONORABLE JUDGE OF SAID COURT:
COMES NOW, MR. BRISON KEITH HUMPHREY
PROSE THE PLAINTIFF IN THE ABOVE
STYLED AND NUMBERED CAUSE FILES THIS
HIS MOTION FOR DAMAGE CIVIL LAW
SUIT § 1983 42 U.S.A § 28 U.S.C. 1915(D).

21.

PLAINTIFF IS SEEKING TWO HUNDRED THOUSAND, THOUSAND ACTUAL COMPENSATORY DAMAGE AND SEVENTH HUNDRED THOUSAND, THOUSAND PUNITIVE DAMAGE.

PLAINTIFF SUBMITTED THIS DOCUMENTATION WITH THE UTMOST RESPECT FOR JUSTIFIED ACTION.

SIGNED THIS 22 DAY OF APRIL 2000
PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY #582721
EXECUTED AT MCCONNELL 3001 SOUTH EMILY DRIVE BEEVILLE TEXAS 78102
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE CORRECT.
EXECUTED ON APRIL 22, 2000
PLAINTIFF SIGNATURE S. BRISON KEITH HUMPHREY #582721
Brison Keith Humphrey #582721