IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

§
§
§
§

BRIAN KEITH HUMPHREY

VS.   C.A.C-00-87

SONYA HANSFORD

United States District Court
Southern District of Texas
FILED
APR 28 2000
MICHAEL N. MILBY, CLERK

MOTION FOR INITIAL DISCLOSURES
RULE 26. FEDERAL. RULE. CIVIL
PROCEDURE.

TO THE HONORABLE JUDGE OF SAID COURT:
COMES NOW, MR. BRIAN KEITH HUMPHREY
PRO SE. THE PLAINTIFF IN THE ABOVE
STYLED AND NUMBERED CAUSE AND FILES
THIS HIS MOTION FOR INITIAL
DISCLOSURES RULE 26. FEDERAL. RULE
CIVIL. PROCEDURE CIVIL LAW SUIT
"1983" 42 U.S.C. § 28 U.S.C. 1915 (D).

(1). INITIAL DISCLOSURES

A). THE NAMES AND. IF KNOWN. THE
ADDRESS AND TELEPHONE NUMBER OF
EACH INDIVIDUAL LIKELY TO HAVE
DISCOVERABLE INFORMATION RELEVANT
TO DISPUTED FACTS ALLEGED WITH
PARTICULARITY IN THE PLEADINGS.
IDENTIFYING THE SUBJECTS OF
THE INFORMATION.

22.

(B). A copy of, or a description by category and location of, all documents, data, compilations, and tangible things in the possession, custody, or control of the disclosing party that are relevant to disputed facts alleged with particularity in the pleadings.

(C). A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or the other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

(D). For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

(2). DISCLOSURE OF EXPERT TESTIMONY

(A) THE IDENTITY OF ANY PERSON WHO MAY BE USED AT TRIAL TO PRESENT EVIDENCE UNDER RULE 702, 703, OR 705 OF THE FEDERAL RULE OF EVIDENCE.

(3). PRETRIAL DISCLOSURES

(A) THE NAME AND, IF NOT PREVIOUSLY PROVIDED, THE ADDRESS AND TELEPHONE NUMBER OF EACH WITNESS, SEPARATELY IDENTIFYING THOSE WHOM THE PARTY EXPECTS TO PRESENT AND THOSE WHOSE THE PARTY MAY CALL IF THE NEED ARISES.

(B). THE DESIGNATION OF THOSE WITNESSES WHOSE TESTIMONY IS EXPECTED TO BE PRESENTED BY MEAN OF A DEPOSITION AND, IF NOT TAKEN STENOGRAPHICALLY, A TRANSCRIPT OF THE PERTINENT PORTIONS OF THE DEPOSITION TESTIMONY.

(C). AN APPROPRIATE IDENTIFICATION OF EACH DOCUMENT OR OTHER EXHIBIT, INCLUDING SUMMARIES OF OTHER EVIDENCE, SEPARATELY IDENTIFYING THOSE WHICH THE PARTY EXPECTS TO OFFER AND THOSE WHICH THE PARTY MAY OFFER IF THE NEED ARISE.

HONORABLE JUDGE OF SAID COURT GRANT THIS MOTION FOR ACCESS TO THE COURT.

SIGNED THIS 22 DAY OF APRIL 2000
PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY #589721

EXECUTED AT MCCONNELL 3001 SOUTH EMILY DRIVE, BEEVILLE TEXAS 78102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON APRIL 22, 2000
PLAINTIFF SIGNATURES BRISON KEITH HUMPHREY #589721

Brison Keith Humphrey #589721