IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI

§
§
§

BRISON KEITH HUMPHREY
VS.                         C.A. C-00-87
SONYA HAWSFORD

United States District Court
Southern District of Texas
FILED

APR 28 2000

MICHAEL N. MILBY, CLERK

MOTION FOR INJUNCTIVE RELIEF RULE 65(B) FEDERAL RULE CIVIL PROCEDURE.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MR. BRISON KEITH HUMPHREY PROSE. THE PLAINTIFF IN THE ABOVE STYLED AND NUMBERED CAUSE FILES THIS HIS MOTION FOR INJUNCTIVE RELIEF RULE 65(B) FEDERAL RULE CIVIL PROCEDURE. CIVIL LAW SUIT § 1983 42 U.S.C § 28 U.S.C 1915(D).

23

RULE 65(B) F.R.C.P.
PERMANENT INJUNCTIONS

MARCH 21, 1998 A PRISONER GANGMEMBER (RIVERAS FIVE'S) STABBED PLAINTIFF (ME) IN THE RIGHT UPPER ARM WITH A PRISON MANIFESTED DESIGNED SPEARING DEVICE AND CORROBORATED (CONSPIRATORS) WITH THE WORKING OFFICIALS WHO ALSO THREATEN PLAINTIFF (ME) CONVEYING ORDERS FROM (MEXICANS & WHITES) RACIAL PRISONER TO OTHER RACIAL (MEXICANS & WHITES) EMPLOYEE'S & PRISONERS.

JANUARY 5, 2000 A PRISON GANGMEMBERS THE (FIVE'S, FISHER, RIVERAS) STUCK A MANIFESTRY DESIGNED SPEAR DEVICE AND TWO OTHER SPIT & THROWED URINE, WATER ON PLAINTIFF (ME) AT THE SAME TIME (HOUR) ALSO CORROBORATED (CONSPIRATOR'S) WITH THE OFFICIALS RACIAL THREATENING MEXICANS & WHITES GANGMEMBERS (FIVE'S RIVERAS).

VEST V. LUBBOCK COUNTY COMMISSIONER'S COURT 444 F. SUPP 824 (N.D. TEXAS 1977).
FARMER V. BRENNAN 114 S.CT 1970 (1994).

PLAINTIFF SEEKS INJUNCTIVE RELIEF GRANTED FOR THE CAUSE HONORABLE JUDGE OF SAID COURT.

SIGNED THIS 22 DAY OF APRIL 2000
PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY #582721
EXECUTED AT MCCONNELL. 3001 SOUTH EMILY DRIVE BEEVILLE TEXAS 78102

I DECLARE UNDER PENALTY OF THAT THE FOREGOING IS TRUE CORRECT.

EXECUTED ON APRIL 22. 2000
PLAINTIFF SIGNATURE BRISON KEITH HUMPHREY #582721
Brison Keith Humphrey #582721

# INSTITUTIONAL DIVISION
# EMERGENCY RECORD

| DATE: 8/21/94 | UNIT: ML | ER NUMBER: |
|---|---|---|

| TIME IN | DR. CALLED | MODE OF TRANSPORTATION | DR. ARRIVED | TIME OUT |
|---|---|---|---|---|
| 1620 | Woodcroft | Wheel chair | Called 1645 | 1700 |

| NAME (Last, First, Middle): Humphrey, Brian | TDCJ-ID #: 58202 |
|---|---|

| PATIENT'S UNIT ASSIGNMENT: | DOB: 4/23/64 | AGE: | SEX: Male | ALLERGIES: NKDA |
|---|---|---|---|---|

| CONDITION: | ___ STABLE | _X_ GUARDED | ___ SERIOUS | ___ CRITICAL |
|---|---|---|---|---|

NURSE ASSESSMENT: Stabbed c spear unknown depth in R upper arm. Minimal bleeding. Radial Pulse +(L) (R) + L. Lungs clear, motor WNL. States felt dizzy. Cleaned c H₂O₂. Spear Stab. Dsd.

| TIME | 1620 | 1645 |
|---|---|---|
| TEMP | 94°Ax | — |
| B/P | 124/76 | 122/80 |
| PULSE | 65 | 65 |
| RESP | 16 | 18 |

NURSE SIGNATURE: J Watson RN

HISTORY:

EXAMINATION:

LAB DATA:

DIAGNOSIS/IMPRESSION:

TREATMENT/ORDERS: Transfer to SPsh Bee County. Shorten Spear First.
T.O. PA Woodcroft / J Watson RN
D Sig: Noted / J Watson RN

RIGHT | LEFT    LEFT | RIGHT

| TIME | MEDICATION | DOSAGE ROUTE | GIVEN BY | IV #1 | | TIME STARTED |
|---|---|---|---|---|---|---|
| | | | | SOLUTION ADDITIVE | | |
| | | | | RATE | | |
| | | | | SITE | | |
| | | | | GUAGE | | |
| | | | | STARTED BY | | |
| | | | | AMOUNT INFUSED | | |

DISPOSITION OF PATIENT: Transfer SPsh Bee County By Van

SIGNATURES: _____ (RN/LVN/PA)    _____ (PHYSICIAN)

ent Health Jacket)    Yellow (Unit ER)    Pink (In-Patient Admission)

119

6/92)    J0494