UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY - 3 2000

Michael N. Milby, Clerk of Court

24.

| | |
|---|---|
| BRISON KEITH HUMPHREY | § |
| | § |
| v. | § C. A. NO. C-00-087 |
| | § |
| SONYA HANSFORD | § |

## ORDER STRIKING PLEADINGS

Plaintiff has re-filed a Motion for Damages (D.E. 21), Motion for Initial Disclosure (D.E. 22) and Motion for Injunctive Relief (D.E. 23). These pleadings have been stricken before (see D.E. 11, 16). The lawsuit has now been dismissed for failure to pay the filing fee as required by the Prison Litigation Reform Act, 28 U.S.C. 1915(g). See D.E. 19, 20.

The instant pleadings (D.E. 21, 22, 23) are STRICKEN. Plaintiff is advised that monetary sanctions may be imposed if he re-files these pleadings.

SIGNED this ___2___ day of May 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE